UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE CHAPMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DAN PACHOLKE,  et al,<br><br>　　　　　　Defendants. | No. CV-12-5116-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　　BEFORE THE COURT is the Magistrate Judge's Report and Recommendation entered July 11, 2013, ECF No. 33, recommending Plaintiff's motion for a temporary restraining order (TRO) , ECF No. 28, be denied. Plaintiff filed an objection. ECF No. 35.

　　　　Plaintiff's objection restates many of the same arguments addressed by the Magistrate Judge's report. See objections 1, 2, and 3. ECF No. 35 at pp. 1-2. In his third objection Mr. Chapman repeats the allegation that defendants "have gone out of their way to manipulate [the] goals our family would like to achieve," that plan being restorative justice. ECF No. 35 at page 2. Mr. Chapman fails to appreciate that despite his goals or plans, DOC policy and the terms of Mr. Chapman's criminal sentence clearly authorize the restriction he seeks to rescind, as noted by the Magistrate Judge.

　　　　Plaintiff's fourth through tenth objections re-raise arguments addressed in the report. Mr. Chapman points out that "known organized crime leaders" have

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

"less restrictions placed on them." ECF No. 35 at p. 6. Whether or not Mr. Chapman is correct, the observation is irrelevant to the restrictions at place here.

Having reviewed the Report and Recommendation, the Court adopts the Magistrate Judge's recommendation. Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 33,** is **ADOPTED in its entirety**.

2. Plaintiff's motion for a Temporary Restraining Order, **ECF No. 28**, is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward copies to the parties and Magistrate Judge Hutton.

DATED this 25th day of July, 2013.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE